IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| PAUL REHBERGER, individually and on behalf of all others similarly situtated, ) ) ) Plaintiff, ) ) v. ) ) HONEYWELL INTERNATIONAL, INC., ) ) Defendant. ) | Civil No. 3:11-0085 Judge Trauger |

## **O R D E R**

It is hereby **ORDERED** that the initial case management conference scheduled for April 25, 2011 is **RESET** for Monday, March 7, 2011, at 3:00 p.m.

It is so **ORDERED**.

ENTER this 2nd day of February 2011.

_____
ALETA A. TRAUGER
U.S. District Judge