IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| PAUL REHBERGER, individually and on behalf of all others similarly situated, ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | Case No. 3:11-0085 |
| ) | Judge Trauger |
| HONEYWELL INTERNATIONAL, INC., ) ) | |
| Defendant. ) | |

## ORDER

For the reasons expressed in the accompanying Memorandum, the Motion to Dismiss and to Strike Class Allegations filed by the defendant (Docket No. 13) is **GRANTED IN PART** and **DENIED IN PART**. Counts Five and Six of the plaintiff's Complaint (Docket No. 1) are hereby **DISMISSED** with prejudice, and any references to the putative class or to putative class members contained in Counts Seven and Eight are hereby **STRICKEN**.

It is so Ordered.

Entered this 28th day of February 2011.

_____
ALETA A. TRAUGER
United States District Judge