## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | | |
|---|---|---|
| PAUL REHBERGER, individually and on behalf of all others similarly situtated, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil No. 3:11-0085 Judge Trauger |
| HONEYWELL INTERNATIONAL, INC., | ) ) | |
| Defendant. | ) | |

## **O R D E R**

It is hereby **ORDERED** that a telephone conference is scheduled for Monday, June 13, 2011, at 4:00 p.m.

It is so **ORDERED**.

ENTER this 10th day of June 2011.

_____
ALETA A. TRAUGER
U.S. District Judge