## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | |
|---|---|
| PAUL REHBERGER, individually and on behalf of all others similarly situtated,   )<br>)<br>Plaintiff,   )<br>)<br>v.   )<br>)<br>HONEYWELL INTERNATIONAL, INC.,   )<br>)<br>Defendant.   ) | Civil No. 3:11-0085<br>Judge Trauger |

## **O R D E R**

Upon the representation of plaintiff's counsel in a telephone conference held on the afternoon of June 13, 2011 that he is immediately supplying the medical authorizations requested in the defendant's Motion to Compel to defense counsel, it is hereby **ORDERED** that the defendant's Motion to Compel Medical Authorizations (Docket No. 52) is **DENIED AS MOOT**.

It is so **ORDERED**.

ENTER this 13th day of June 2011.

_____
ALETA A. TRAUGER
U.S. District Judge