ORDER:
Motion granted.

*s/ John S. Bryant*
U.S. Magistrate Judge

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| **PAUL REHBERGER, individually and on behalf of all others similarly situated,**<br><br>Plaintiffs,<br><br>vs.<br><br>**HONEYWELL INTERNATIONAL INC.,**<br><br>Defendant. | Case No.: 3:11-cv-00085<br><br>Judge Kevin H. Sharp<br>Magistrate Judge John Bryant<br><br>**Jury Trial Demanded** |

## DEFENDANT'S MOTION FOR LEAVE TO FILE REPLY MEMORANDUM IN SUPPORT OF DEFENDANT'S MOTION TO COMPEL

Pursuant to Local Rule 7.01(b), Defendant Honeywell International, Inc. ("Honeywell") respectfully moves this Court for leave to file a Reply in support of its Motion to Compel Responses to Honeywell's First Set of Requests for Admission. A copy of Defendant's Reply Memorandum is filed contemporaneously herewith as Exhibit A.

A reply memorandum is both necessary and appropriate to address inaccuracies and arguments raised in Plaintiffs' Response in Opposition, filed on July 18, 2011 (Docket Entry #64). A Reply will aid the Court in its resolution of the pending motion because it corrects inaccurate statements made in the Response and responds to issues of law that were raised by Plaintiffs in their Response.

For the foregoing reasons, and based on the entire record in this matter, Defendant respectfully requests that the Court grant Defendant leave to file the Reply Memorandum and that an Order deeming the Reply Memorandum filed be entered by the Court. A proposed Order is attached hereto.