IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| **PAUL REHBERGER, individually and on behalf of all others similarly situated,**<br><br>Plaintiffs,<br><br>vs.<br><br>**HONEYWELL INTERNATIONAL INC.,**<br><br>Defendant. | Case No.: 3:11-cv-00085<br><br>Judge Kevin H. Sharp<br>Magistrate Judge John Bryant<br><br>**Jury Trial Demanded** |

## [~~PROPOSED~~] ORDER GRANTING LEAVE TO FILE UNDER SEAL MEMORANDUM IN RESPONSE TO MOTION TO COMPEL REQUESTS TO ADMIT AND DECLARATION OF MARCUS STONER

This matter comes before the Court on Defendant Honeywell International Inc.'s Motion to File Under Seal its Memorandum in Opposition to Plaintiff's Motion to Compel Requests to Admit and the Declaration of Marcus Stoner in Support of such Memorandum. Having reviewed and considered this matter said Motion is GRANTED.

SO ORDERED, this __12th__ day of __August__, 2011

*s/ John S. Bryant*
JOHN S. BRYANT
United States Magistrate Judge