ORDER:
Motion for leave is granted.

*s/ John S. Bryant*
U.S. Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| PAUL REHBERGER, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br>v.<br><br>HONEYWELL INTERNATIONAL INC.<br><br>　　　　Defendant. | Case No. 3:11-cv-0085<br><br>Judge Kevin Sharp<br><br>Magistrate Judge John Bryant<br><br>DEMAND FOR JURY TRIAL<br><br>COMPLEX LITIGATION |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE
REPLY IN SUPPORT OF ITS MOTION TO COMPEL**

Pursuant to Local Rule 7.01(b), Plaintiff Paul Rehberger respectfully moves this Court for leave to file a Reply in Support of Its Motion to Compel (Docket No. 66). A copy of Plaintiff's Reply Memorandum is filed contemporaneously herewith as Attachment 1.

A reply memorandum is both necessary and appropriate to address inaccuracies contained in Defendant's Opposition to the Motion (Docket No. 77) filed on August 8, 2011. A Reply will aid the Court in its resolution of the pending motion because it corrects inaccurate statements made in the Response and responds to issues of law that were raised by Defendant in its Response.

For the foregoing reasons, and based on the entire record in this matter, Plaintiff respectfully requests that the Court grant Plaintiff leave to file the Reply Memorandum and that an Order deeming the Reply Memorandum filed be entered by the Court.

1